UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA ARNOLD and ERIC ARNOLD,

                Plaintiffs,

– against –

BLOOMBERG INC.,

                Defendant.

**ORDER**

19 Civ. 10379 (ER)

RAMOS, D.J.:

        Plaintiffs filed the instant suit on November 8, 2019. Doc. 1. Bloomberg filed an answer on January 10, 2020. Doc. 7. On July 27, 2020, Plaintiffs filed a copy of Judge Furman's June 26, 2020 order in 19 Civ. 6368, *Usherson v. Bandshell Artist Management* regarding their counsel, Richard Liebowitz. Doc. 8. Since then, there has been no activity in this matter, and Mr. Liebowitz remains Plaintiffs' only counsel of record on the docket. Accordingly, Plaintiffs are hereby ORDERED to file a status report by April 19, 2021. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

        SO ORDERED.

Dated:   April 5, 2021
              New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.